UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 95-6076-CR-ZLOCH/Snow

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JESUS N. CASTILLO, et al.,

   Defendants.

_____

# O R D E R

   THIS CAUSE is before the Court on defendant **Jesus N. Castillo's** *pro se* Motion for Return of Seized Property (DE 439), which was referred to United States Magistrate Judge, Lurana S. Snow.  Pursuant to Fed.R.Crim.P. 41(g), the defendant seeks return of property which he alleges was seized from him in connection with his 1995 indictment.

   As the Government points out in its Response, once criminal proceedings have been concluded, a Rule 41(g) motion is treated as a civil action in equity against the United States, subject to a six-year limitations period.  United States v. Machado, 465 F.3d 1301, 1307 (11th Cir. 2006).  In the instant case, the statute of limitations began to run on October 12, 1998, ninety days from the issuance of the mandate issued by the Eleventh Circuit Court of Appeals.  Kaufman v. United States, 282 F.3d 1336 (11th Cir. 2002).  Being fully advised, it is hereby

ORDERED AND ADJUDGED that the Motion for Return of Seized Property is DENIED.

DONE AND ORDERED at Fort Lauderdale, Florida, this 15th day of January, 2009.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Jeff Sloman (MIA)

Jesus Castillo, pro se
601 SW 63rd Court
Miami, FL  33144